IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | | |
|---|---|---|---|
| BARBARA ANN JONES | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 4:09-CV-74 |
| | ) | | |
| RYDER INTEGRATED LOGISTICS, INC. and | ) | | |
| UNUM GROUP CORPORATION | ) | | |
| | ) | | |
| Defendants. | ) | | |

## NOTICE OF DISMISSAL

Comes now the Plaintiff, through her attorney, and voluntarily dismisses this action without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Neither opposing party has answered this complaint, and therefore, this notice of dismissal is proper according to the Federal Rules of Civil Procedure Rule 41(a)(1).

Respectfully submitted,

By: /s/ Eric J. Burch
ERIC J. BURCH BPR# 019320 &
DAVID L. CLARKE BPR# 027153
Attorney for Plaintiff
200 South Woodland Street
Manchester, TN 37355
(931) 723-7997

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing pleading has been forwarded to Unum Group Corporation through registered agent C.T. Corporation System, 800 S. Gay Street Suite 2021, Knoxville, TN 37929, and Ryder Integrated Logistics Inc. through registered agent Corporate Creations Network Inc., 205 Powell Place, Brentwood, TN 37027 via US Mail this the 5th day of August, 2009.

By: /s/ Eric J. Burch
ERIC J. BURCH